THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYDIA ZOU, et al., | CASE NO. C23-1686-JCC |
| Plaintiff, | ORDER |
| v. | |
| MULTIPLAN, INC., et al., | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion modifying the briefing schedule for motions to remand and to dismiss (Dkt. No. 17). Having thoroughly considered the relevant record, the Court hereby GRANTS the stipulated motion:

(1) Plaintiffs' motion for relief from deadline to respond (Dkt. No. 16) is stricken as moot.

(2) Plaintiffs' motion to remand (Dkt. No. 8) is re-noted for December 8, 2023.

(3) Defendants' motion to dismiss (Dkt. No. 12) will not be decided on December 8, 2023, and the parties will not submit any additional briefing until Plaintiffs' motion to remand is decided. If the Court grants Plaintiffs' motion for remand, Defendants' motion to dismiss will be stricken. If the Court denies Plaintiffs' motion to remand, Defendants' motion to dismiss shall be noted for hearing on the fourth Friday following the order denying Plaintiffs' motion to remand.

ORDER
C23-1686-JCC
PAGE - 1

DATED this 4th day of December 2023.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE